**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6583**

DARRELL J. DEBREW,

             Plaintiff - Appellant,

         v.

BRANDON BROOKS; P. COLLINS; LT. DODSON; C. EICHENLAUB; MRS.
FAUCETT; GLENN O. FORD; CANDICE GREGORY; TRACY JOHNS;
CAMILLE JOHNSON; HARLEY LAPPIN; LT. RODENBAUGH; HARRELL
WATTS; K. M. WHITE; JOHN DOE, Mail Room Employee; HANK
PAULSON; JOHN DOE, Treasury Department Employee,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge. (5:10-ct-03198-D)

Submitted:  August 16, 2012        Decided:  August 20, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrell James DeBrew, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell James DeBrew appeals the district court's orders denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially[*] for the reasons stated by the district court. DeBrew v. Brooks, No. 5:10-ct-03198-D (E.D.N.C. July 22, 2011 & Jan. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although we decline to find that DeBrew's challenges to his disciplinary convictions are barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), we have reviewed the merits of DeBrew's claims and agree that he fails to state a claim upon which relief may be granted.